Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LLOYD T. WHITAKER

Plaintiff(s),

v.

DANIEL G. HICKEY, JR. et al.

Defendant(s).

Case No: 15-cv-03904

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicholas J. DiCarlo, an active member in good standing of the bar of the Supreme Ct. of Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Lloyd T. Whitaker in the above-entitled action. My local co-counsel in this case is Jeffrey D. Farrow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| DiCarlo, Caserta & McKeighan, PLC, 6900 E. Camelback Road, #250, Scottsdale, AZ 85251 | Michelman & Robinson, LLP, 17901 Von Karman Ave., Suite 1000, Irvine, CA 92614 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (480) 429-7544 | (714) 577-7990 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ndicarlo@dcmplaw.com | jfarrow@mrllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 016457.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/23/15

Nicholas J. DiCarlo
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Nicholas J. DiCarlo is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 23, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE