| | |
|---|---|
| 1 | George H. Kalikman (CSBN 147382) |
|   | gkalikman@schnader.com |
| 2 | Todd B. Holvick (CSBN 257784) |
|   | tholvick@schnader.com |
| 3 | SCHNADER HARRISON SEGAL & LEWIS LLP |
|   | 650 California Street, 19th Floor |
| 4 | San Francisco, CA  94108 |
|   | Telephone:  415-364-6700 |
| 5 | Facsimile: 415-364-6785 |

Michael K. Coran (*pro hac vice* motion forthcoming)
  mcoran@klehr.com
Paige M. Willan (*pro hac vice* motion forthcoming)
  pwillan@klehr.com
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Telephone:  215-569-2700
Facsimile: 215-568-6603

Attorneys for Defendants Daniel G. Hickey, Jr., Daniel G. Hickey, Sr., James J. Scardino, Chester J. Walczyk, Joseph F. Taylor, Keith Hynes and David M. Birsner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust, | Case No.  15-CV-03904 (WHA) |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (CIVIL LOCAL RULE 11-3)** |
| vs. | |
| DANIEL G. HICKEY, JR., DANIEL G. HICKEY SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES and DAVID M. BIRSNER, | |
| Defendants. | |

I, Paige M. Willan, an active member in good standing of the bar of the Supreme Court of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing all defendants herein, specifically: David

M. Birsner, Daniel G. Hickey, Jr., Daniel G. Hickey, Sr., Keith Hynes, James J. Scardino, Joseph F. Taylor, Chester J. Walczyk in the above-entitled action.  My local co-counsel in this case is Todd Holvick of Schnader Harrison Segal & Lewis LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
|---|---|
| Klehr Harrison Harvey Branzburg LLP | Schnader Harrison Segal Lewis LLP |
| 1835 Market Street, Suite 1400 | 650 California Street, 19th Floor |
| Philadelphia, PA  19103 | San Francisco, CA  94108 |
| MY TELEPHONE OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE OF RECORD: |
| (215) 569-2700 | (415) 364-6728 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL OF RECORD: |
| pwillan@klehr.com | tholvick@schnader.com |

I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above; my bar number is: 313117

A true and correct copy of a certificate of good standing from the Supreme Court of the Commonwealth of Pennsylvania is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Paige M. Willan*
　　　　　　　　　　　　　　　　　　　　　　　Paige M. Willan, Applicant

1  George H. Kalikman (CSBN 147382)
     gkalikman@schnader.com
2  Todd B. Holvick (CSBN 257784)
     tholvick@schnader.com
3  SCHNADER HARRISON SEGAL & LEWIS LLP
   650 California Street, 19th Floor
4  San Francisco, CA  94108
   Telephone:  415-364-6700
5  Facsimile: 415-364-6785

6  Michael K. Coran (*pro hac vice* motion forthcoming)
     mcoran@klehr.com
7  Paige M. Willan (*pro hac vice* motion forthcoming)
     pwillan@klehr.com
8  KLEHR HARRISON HARVEY BRANZBURG LLP
   1835 Market Street, 14th Floor
9  Philadelphia, PA 19103
   Telephone:  215-569-2700
10 Facsimile: 215-568-6603

11 Attorneys for Defendants Daniel G. Hickey, Jr., Daniel G.
   Hickey, Sr., James J. Scardino, Chester J. Walczyk, Joseph
12 F. Taylor, Keith Hynes and David M. Birsner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL G. HICKEY, JR., DANIEL G. HICKEY SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES and DAVID M. BIRSNER,<br><br>Defendants. | Case No.  15-CV-03904 (WHA)<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

IT IS HEREBY ORDERED THAT the application of Paige M. Willan to appear *pro hac vice* in the above-captioned action  is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers

1 | upon, and communication with, local co-counsel designated in the application will constitute
2 | notice to the party.

4 | Dated: December 10, 2015.

_____

Hon. William H. Alsup

UNITED STATES DISTRICT JUDGE