IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL G. HICKEY, JR., DANIEL G. HICKEY, SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES, and DAVID M. BIRSNER,<br><br>    Defendants.<br>————————————————/ | No. C 15-03904 WHA<br><br>**NOTICE RE CASE MANAGEMENT CONFERENCE AND PROPOSED STAY** |

The Court is in receipt of the parties' proposed stay of this action. The parties shall please be prepared to discuss the details of the proposed stay at tomorrow's case management conference.

Dated: December 16, 2015.

                                                    WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE