United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL G. HICKEY, JR., DANIEL G. HICKEY, SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES, and DAVID M. BIRSNER,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-03904 WHA<br><br>**ORDER RE STAY AND FURTHER CASE MANAGEMENT CONFERENCE** |

Based on the parties' stipulation and their representations at today's case management conference, this case is hereby **STAYED UNTIL JUNE 16, 2016.** A further case management conference is hereby set for **ELEVEN A.M. ON JUNE 16, 2016.** The parties shall file a joint case management statement by **JUNE 9, 2016.** It is very unlikely that the stay in this case will be continued past June. Certainly, the case will not be further stayed at that point without defendants having submitted sworn evidence detailing each of their financial conditions and financial ability to defend against this lawsuit.

By **DECEMBER 31, 2015**, the parties shall file a joint statement indicating whether the two insurance companies involved in our case will agree to mediation by a magistrate judge in the Northern District of California. If yes, then the Court will promptly appoint a mediator. If the insurance companies do not agree to mediation, then the case will remain stayed until June. The hearing set for January 21 is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2