IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust,

    Plaintiff,

  v.

DANIEL G. HICKEY, JR., DANIEL G. HICKEY, SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES, and DAVID M. BIRSNER,

    Defendants.

No. C 15-03904 WHA

**ORDER REFERRING CASE FOR MEDIATION/SETTLEMENT**

After the initial case management conference, an order stayed this case until June 16, 2016, based on the parties' representation that the concurrent insurance coverage action in New York would conclude quickly. That order also requested that the parties file a joint statement indicating whether the two insurance companies involved in the coverage litigation would agree to mediation by a magistrate judge in the Northern District of California. The parties have responded that the insurance companies are agreeable to mediation in this district and requested that the case be referred to a magistrate judge.

This case is hereby referred to Magistrate Judge Sallie Kim for mediation/settlement.

**IT IS SO ORDERED.**

Dated: January 11, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE