1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LLOYD T. WHITAKER, in his capacity as          No. C 15-03904 WHA
     the Liquidating Trustee of the Embarcadero
11   Liquidating Trust,

12              Plaintiff,                           **ORDER CONTINUING CASE**
                                                     **MANAGEMENT CONFERENCE**
13       v.

14   DANIEL G. HICKEY, JR., DANIEL G.
     HICKEY, SR., JAMES J. SCARDINO,
15   CHESTER J . WALCZYK, JOSEPH F.
     TAYLOR, KEITH HYNES, and DAVID
16   M. BIRSNER,

17              Defendants.

18   _____/

19         This order CONTINUES the case management conference until JULY 14, 2016 at 11:00.

20   A joint case management statement is due by JULY 7, 2016.

21

22         **IT IS SO ORDERED.**

23

24   Dated:  May 24, 2016.

25                                                  _____
                                                    WILLIAM ALSUP
26                                                  UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California