IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL G. HICKEY, JR., DANIEL G. HICKEY, SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES, and DAVID M. BIRSNER,<br><br>    Defendants.<br>                                     / | No. C 15-03904 WHA<br><br>**ORDER GRANTING STAY** |

The parties have requested that this action be stayed pending approval of a settlement agreement by the bankruptcy court. This action is hereby **STAYED** until September 13, 2016. The parties shall submit a copy of the signed settlement agreement by August 14, 2016. The parties shall submit a status update by September 14, 2016.

**IT IS SO ORDERED.**

Dated: July 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE