IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD T. WHITAKER, in his capacity as the Liquidating Trustee of the Embarcadero Liquidating Trust,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL G. HICKEY, JR., DANIEL G. HICKEY, SR., JAMES J. SCARDINO, CHESTER J. WALCZYK, JOSEPH F. TAYLOR, KEITH HYNES, and DAVID M. BIRSNER,<br><br>    Defendants.<br>                                                    / | No. C 15-03904 WHA<br><br>**ORDER REQUESTING STATUS UPDATE** |

    The Court is in receipt of plaintiff's status update. The parties shall submit status reports **BY NOVEMBER 12, 2016.**

    **IT IS SO ORDERED.**

Dated: October 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE